| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: William Sloan<br>Special Agent: Paul Staso, FBI | Telephone: (313) 226-9611<br>Telephone: (703) 213-8675 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Phox Brown,
Devante Thompson,
John Brown,
Vontrell Sallie,
Deandre Gilliam,
Kelvin Hampton

Case No.    Case: 2:21−mj−30277
Assigned To : Unassigned
Assign. Date : 6/4/2021
Description: USA V. BROWN, ET AL.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2021 to June 3, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 2113(b) | Conspiracy to commit bank larceny |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Paul Staso, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 4, 2021__

*Judge's signature*

City and state: __Detroit, MI__    Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>D-1 PHOX BROWN,<br>D-2 DEVANTE THOMPSON,<br>D-3 JOHN BROWN,<br>D-4 VONTRELL SALLIE,<br>D-5 DEANDRE GILLIAM,<br>D-6 KELVIN HAMPTON,<br><br>Defendants. | Case No. |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Paul J Staso, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March 2020. I am currently assigned to the FBI Detroit Division's Violent Crime Task Force ("VCTF"). Prior to becoming a Special Agent I was Federal Police Officer for five years. My primary duties and responsibilities involve investigating violations of federal law, including bank robberies and larcenies, violent crimes, firearm crimes, and drug trafficking. I have training and experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses, I have authored numerous federal

1

search warrants and criminal complaints, and I have participated in the execution of numerous search warrants and arrest warrants.

2.  I submit this affidavit in support of a criminal complaint charging that, from on or about June 2, 2021 and continuing through on or about June 3, 2021, in the Eastern District of Michigan and elsewhere, defendants Phox BROWN (DOB XX/XX/1994), Devante Trevon THOMPSON (DOB XX/XX/1999), John BROWN (DOB XX/XX/1966), Vontrell Rashad SALLIE (DOB XX/XX/1997), Deandre Jaquincy GILLIAM (DOB XX/XX/2002), and Kelvin Jeremiah HAMPTON (DOB XX/XX/2001), knowingly and intentionally conspired and agreed with each other and with other individuals, both known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to take and carry away, with intent to steal and purloin, property and money of a value exceeding $1,000, belonging to and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 371 and 2113(b).

3.  The facts and information contained in this Affidavit are based on my personal observations and knowledge, information provided by other law enforcement officers and witnesses, and information gained through my training and experience. This affidavit is intended to show merely that there is sufficient

probable cause for the requested complaint and arrest warrants and does not set forth all details or facts known to me concerning this investigation.

## PROBABLE CAUSE

### A. Background of Investigation

4. The FBI is investigating a series of break-ins targeting bank Automated Teller Machines (ATMs) that have occurred in multiple locations across the United States from 2020 into 2021.

5. In the Eastern District of Michigan, specifically, the FBI Detroit Division has been investigating a series of similar ATM break-ins that occurred in the Detroit metro area throughout 2020 and into 2021. In many of these incidents, the subjects used a common *modus operandi* to steal, or attempt to steal, money secured inside ATMs located outside of banks: approximately two to four individuals concealed their identities with clothing, masks, and gloves; used a stolen truck with chains and hooks and crowbar tools to break into (or attempt to break into) an ATM in the early morning and steal money from the "cassette," which is the container within an ATM that contains cash; and then discarded the stolen vehicle in the vicinity of the ATM location.

6. In order to help identify potential suspects involved in multiple of these similar ATM break-in incidents in the Detroit area, the FBI has obtained "tower dump" information from multiple wireless telephone service providers—

i.e., records of which cell phones utilized cell towers located near the crime scenes during the timeframes of the crimes. A review of that information for multiple prior ATM break-ins revealed that nearly all of the suspect phone numbers—i.e., the common phone numbers that had utilized the cell towers servicing the geographic areas of the crime scene locations around the times of the ATM break-ins—were phone numbers with area codes from the Houston, Texas area.

### B. Subjects Travel from Texas to Detroit

7. On or about June 2, 2021, the FBI in Houston, Texas, informed the FBI in Detroit that subject C.B. was traveling to Detroit along with subject J.W.

8. Subject C.B. is currently under investigation by the Houston VCTF for ATM larcenies that occurred in Houston and other locations. In March 2020, C.B. was arrested in Kansas City, Missouri, for ATM burglary charges. In May 2021, the FBI in Houston obtained court authorization to obtain prospective location information for a cell phone number known to be used by C.B., number 857-XXX-XXXX.

9. On or about June 2, 2021, location information for C.B.'s phone number 857-XXX-XXXX reflected that the cell phone had traveled northeast from Houston to the Detroit metro area. A review of the location data for C.B.'s cell phone and its path of travel indicated that the cell phone had traveled by

automobile from Houston to the Detroit area during the day of June 2, 2021, arriving in Detroit that evening.

10. The FBI in Houston also informed the FBI in Detroit that C.B. was believed to be traveling with J.W. in a silver Dodge Journey SUV, bearing Texas license plate NTV6070, which J.W. had rented from Enterprise Rent-A-Car. A query of License Plate Reader (LPR) cameras captured the Dodge Journey traveling north in Texas at approximately 1:00 a.m. (CST) on June 2, 2021, and this time and location correlated with the location information for C.B.'s cell phone at the same time.

**C. June 3, 2021 ATM Break-In – Allen Park, Michigan**

11. On or about June 3, 2021, at approximately 5:33 a.m., at least four subjects successfully broke into the ATM located outside the Chase Bank located at 14601 Southfield Road, Allen Park, Michigan.

12. Alarms from the drive-up ATM activated and dispatched police at 5:33 a.m. Bank security camera video footage captured the incident. A blue Ford F250 pick-up truck backed up to the ATM, and four subjects wearing masks and gloves exited the vehicle and used pry bars to open the ATM "beauty door" and hood. A still shot from the ATM's security camera is pictured below.



13.	Other bank camera views show subjects running from the ATM with cash cassettes at approximately 5:35 a.m.  Police are visible on site at 5:47 a.m.  Responding police officers found the truck abandoned near the bank.

14.	In addition, Chase Bank Security personnel reported to law enforcement that bank cameras captured a silver Dodge Journey, consistent with the vehicle rented by J.W., drive around the bank location approximately 20-30 minutes before the ATM break-in occurred.

6

15. Chase Bank Security estimates that approximately $80,240 was in the ATM at the time of the larceny.

16. Chase Bank is a bank, as defined in Title 18, United States Code, Section 2113(f), the deposits of which are insured by the Federal Deposit Insurance Corporation.

17. Allen Park Police officers determined that the blue Ford pick-up truck used in the ATM break-in had been stolen from a street less than one mile from the bank location.

**D. Subsequent Investigation**

18. A review of call detail records and location data for C.B.'s cell phone, using phone number 857-XXX-XXXX, showed that C.B.'s phone connected to cell towers in the geographic area of the Chase Bank around the time of the ATM break-in on the morning of June 3, 2021.

19. Further, using the real-time location data for C.B.'s cell phone, using phone number 857-XXX-XXXX, investigators were able to track C.B.'s cell phone (over a period of time consistent with vehicle travel) to a location in the vicinity of Junction Street and Interstate-75 in southwest Detroit.

20. A search of the LPR system managed by the Detroit Police Department revealed that the silver Dodge Journey, bearing Texas license plate

NTV6070, was parked in the vicinity of XXXX Junction Street in southwest Detroit.

21. Law enforcement agents then conducted driving surveillance and observed the Dodge Journey parked directly in front of XXXX Junction Street. Agents also observed a white Chevrolet Malibu, bearing California license plate 8MGP523, parked in front of this residence.

22. Further investigation revealed that the Malibu had been rented by Devante THOMPSON.

23. Using an open-source internet search, investigators determined that XXXX Junction Street, Detroit, MI, is a rental unit listed on the property rental websites Airbnb and VRBO, and the property showed as currently unavailable, which indicated it was currently being rented. (Prior investigation of similar ATM break-in incidents around the country showed that individuals from the Houston area sometimes reserved Airbnb and/or VRBO rental units in the areas of those break-ins.)

**E. Search of House**

24. On June 3, 2021, investigators obtained a state search warrant from the Third Circuit Court, Detroit, MI to search the residence located at XXXX Junction Street, Detroit, MI. On the same date, at approximately 4:48 p.m., law enforcement agents executed the warrant.

25. The silver Dodge Journey was not present at the house when agents arrived to execute the search warrant. Just prior to the time of the search, LPR cameras captured the silver Dodge Journey in the vicinity of Grand River Avenue, near MGM Casino in Detroit.

26. When agents arrived at XXXX Junction Street to execute the warrant, they observed six male subjects move from the outside to the inside of the residence. Agents announced their presence, but no one answered the door. During this time, agents observed multiple different male subjects opening and looking out windows in the upper stories of the residence. Agents eventually forced entry into the house and found six male subjects in various rooms in the house: Phox BROWN, Devante THOMPSON, John BROWN, Vontrell SALLIE, Deandre GILLIAM, and Kelvin HAMPTON.

27. During the execution of the search warrant, all six individuals attempted to resist or evade arrest in some fashion. In particular:

   a. Phox BROWN jumped from a second story window on the north side of the residence, and he was apprehended one block away by pursuing agents.

   b. A second subject was captured on security surveillance camera of the residence, jumping from the same window. The physical description of this person matches that of C.B.

    c. Devante THOMPSON was found attempting to hide in a crawl space on the second story of the residence. THOMPSON covered himself in insulation in order to hide from agents.

28. All six above-named subjects are from the Houston, Texas area. Based on law enforcement database checks, all six subjects have last known addresses in the Houston, Texas, area. In addition, during the search of the house, agents found a Texas driver's license in the name of Devante THOMPSON in a shoe in an upstairs closet, and a Texas driver's license in the name of Vontrell SALLIE inside the phone case of a blue Apple iPhone.

29. During the search, agents recovered approximately $71,238 total from various places inside the residence, which is believed to be the proceeds from the Chase Bank ATM break-in. Based on the locations where the money was found on the second and third stories of the house, it appeared that the six male subjects had been attempting to hide the money before agents entered the house. For example:

    a. Approximately $12,000 dollars was found in the top tank of a toilet on the second story.

    b. Approximately $12,550 was found in the crawl space on the second story.

    c. Approximately $11,410 was found in the Heating and Air Conditioning (HVAC) system.

   d. Phox BROWN was searched incident to arrest, and $1,182 was recovered from his pants pockets.

30. The house is a three-story residence with six bedrooms. During the search, agents observed that each bedroom appeared to contain a bag belonging to a different subject. The bags contained various clothes, deodorant, toothbrushes, money, and electronics—i.e., items consistent with travel and staying overnight.

31. On the first floor of the house, in the front room near the sofa, agents found a large black duffle bag containing black clothing, gloves, masks, tow chains, chain quick links, and shoes. Numerous articles of clothing found in the duffle bag are consistent with the appearance of clothing seen on the subjects in the Chase Bank security camera video of the ATM break-in. Furthermore, agents found blue work gloves under the kitchen table, which are also consistent with gloves seen on the subjects in the Chase Bank video.

32. The chains found in the front room of the house are consistent with the type of chain used in many of the prior ATM break-ins under investigation. In addition, an empty box of tow-style chains was found at the bottom of a pile of clothing.

33. During the search of the house, agents found a receipt from Home Depot, located in Allen Park, MI. The receipt, dated June 2, 2021 at 9:50 p.m., reflected a cash purchase of gloves and a 21" pry bar.

34. Agents also searched the white Chevrolet Malibu, bearing California license plate 8MGP523, parked in front of the house. Rental paperwork from Hertz inside the car revealed that Devante THOMPSON had rented the car in Conroe, Texas. A representative from Hertz later confirmed that THOMPSON rented the vehicle on May 20, 2021.

35. Agents also searched a white Nissan Frontier pickup truck, bearing Florida license plate JKYV59, that was parked in front of the house. Investigators determined that the truck had been rented from Enterprise by a female, B.H., who lives in Texas, on May 28, 2021. The listed address of B.H. matches the address that Phox BROWN gave as his own address to law enforcement after he was arrested.

### F. Criminal Histories

36. Phox BROWN has a prior conviction for felony aggravated robbery in Houston, Texas. He was released on parole in approximately April 2020.

37. John BROWN has a prior conviction for robbery in Houston, Texas, and a conviction for delivery of cocaine.

38. Vontrell SALLIE has a prior conviction for felony aggravated robbery in Houston, Texas. He was released on parole in approximately December 2020.

## CONCLUSION

39. Based on the foregoing, I respectfully submit there is probable cause to believe that, from on or about June 2, 2021 and continuing through on or about June 3, 2021, in the Eastern District of Michigan and elsewhere, defendants PHOX BROWN (DOB XX/XX/1994), DEVANTE TREVON THOMPSON (DOB XX/XX/1999), JOHN BROWN (DOB XX/XX/1966), VONTRELL RASHAD SALLIE (DOB XX/XX/1997), DEANDRE JAQUINCY GILLIAM (DOB XX/XX/2002), and KELVIN JEREMIAH HAMPTON (DOB XX/XX/2001), knowingly and intentionally conspired and agreed with each other and with other individuals, both known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to take and carry away, with intent to steal and purloin, property and money of a value exceeding $1,000, belonging to and in the

care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 371 and 2113(b).

Respectfully submitted,

_____
Paul J. Staso
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. R. Steven Whalen
United States Magistrate Judge

Dated: June 4, 2021

14